```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dilber Kukic,

                        Petitioner,

    -against-

Phil Melecio,

                        Respondent.

1:22-cv-02684 (CM) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The oral argument scheduled for November 17, 2022, at 10:00 a.m. is adjourned. The parties are directed to appear for a telephone conference on November 17, 2022, at 10:00 a.m. to discuss the status of this action and the related action, *Hrynenko v. Williams*, No. 22-cv-09075 (CM) (SDA). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            November 10, 2022

_____
STEWART D. AARON
United States Magistrate Judge