UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dilber Kukic,<br><br>    Petitioner,<br><br>-against-<br><br>Phil Melecio,<br><br>    Respondent.<br><br>Maria Hrynenko,<br><br>    Petitioner,<br><br>-against-<br><br>Emily Williams,<br><br>    Respondent. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/17/2022<br><br>1:22-CV-02684 (CM) (SDA)<br><br>1:22-CV-09075 (CM) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, it is hereby ORDERED as follows:

1. No later than January 20, 2023, Respondents shall file a supplemental response to the petitions filed by Petitioner Dilber Kukic and Petitioner Maria Hrynenko.

2. No later than January 27, 2023, Petitioner Hrynenko shall file any reply.

3. Oral argument is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 31, 2023, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:   New York, New York
         November 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge