**THE BAKER LAW FIRM FOR CRIMINAL APPEALS, PLLC**
4705 Henry Hudson Parkway, 4M
Riverdale, Bronx, New York 10471
Tel. (917) 740-3822
Fax. (718) 543-5140

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2023

MARK M. BAKER
Attorney and Counselor at Law

mark@mmbcriminalappeals.com
mmbcriminalappeals.com

February 28, 2023

Via ECF
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Dilber Kukic v. Phil Melecio**
1:22-CV-02684 (CM) (SDA)

**Maria Hrynenko v. Emily Williams**
1:22-CV-09075 (CM) (SDA)

Dear Judge McMahon:

MEMO ENDORSED

[Handwritten endorsement: 3/2/2023 — Mr. Baker - Judge Aaron's rule gives you the 14 day provision for which provision is made in the Federal Rules. I take it, so you want an extension until May 15. That is granted.]

Magistrate Judge Aaron, this date, has filed a 36 page report and recommendation advising your Honor that the petitions for habeas corpus in these combined cases, involving a trial transcript of over 6000 pages, be denied. Accordingly, the petitioners were given until March 14th to file any objections. The purpose of this letter is to seek an adjournment of the date for filing such objections.

My co-counsel, Richard E. Mischel, Esq., with whom I have worked on this matter throughout the state appellate process and these federal proceedings, recently began a course of medical treatment which will limit his ability to comply with the Magistrate's order for filing objections. Given his other professional responsibilities, additional time will be necessary for his compliance. Moreover, I have just been given until March 17th to file any objections to a report and

recommendation in a separate habeas matter which will occupy a good part of my time.

  Based on our division of responsibilities in these matters, it is respectfully requested that the filing date for our objections be extended until on or before Monday, May 15, 2023. I have contacted our adversary, Sylvia Wertheimer, Esq., and she consents to this application. We will of course consent to any additional time which Ms. Wertheimer will ultimately request.

        Respectfully submitted,

        /s Mark M. Baker
        MARK M. BAKER
        MB5365

cc: Richard E. Mischel, Esq.
   Sylvia Wertheimer, Esq.
     Via ECF