**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Dilber Kukic,

                     Petitioner,

        -against-                                        22 **CIVIL** 2684 (CM)(SDA)

Phil Melecio,

                     Respondent.
-----------------------------------------------------------X
Maria Hrynenko,

                     Petitioner,                       22 **CIVIL** 9075 (CM)(SDA)

        -against-                                      **JUDGMENT**

Emily Williams,

                     Respondent.
-----------------------------------------------------------X

               It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated September 25, 2023, having reviewed the objections to the learned Magistrate Judge's Report, the Court concludes they are entirely lacking in merit and the Court has rejected them. The Report is adopted as the opinion of the Court-is amply supported by the law and the record. Accordingly, the petitions are DENIED, and these cases are dismissed.  The Court notes that the challenge to removal of the juror is ABANDONED. The petition presents no issue of constitutional significance so no certificate of appealability shall issue. An appeal from the order would not be taken in good faith.

**Dated:**  New York, New York
       September 25, 2023

                                                **RUBY J. KRAJICK**

                                         _____
                                           **Clerk of Court**
                     **BY:**             K. mango
                                         _____
                                             **Deputy Clerk**